IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

DARRELL LEGGETT,

        Petitioner,

        v.         No. 5:17-cv-00105-MTT-MSH

STATE OF GEORGIA,

        Respondent.

## ORDER OF DISMISSAL

Petitioner Darrell Leggett, a prisoner at the Wheeler Correctional Facility in Alamo, Georgia, filed a petition for a writ of mandamus Mot. for Writ of Mandamus., ECF No. 1. Petitioner did not, however, either pay the $350.00 filing fee or petition the Court to allow him to proceed *in forma pauperis* in this action. Accordingly, on August 21, 2017, the Court ordered Petitioner to either pay the filing fee or submit an affidavit and motion to proceed *in forma pauperis*. Order, Aug. 21, 2017, ECF No. 6. Petitioner was given twenty-one days to comply and was warned that his failure to do so would result in the dismissal of his Petition. *Id.*

Thereafter, Petitioner failed to either pay the filing fee or submit a motion to proceed *in forma pauperis* as previously ordered. Thus, on September 21, 2017, Plaintiff was ordered to show cause why this case should not be dismissed for failure to comply with this Court's Order directing Petitioner to either pay the filing fee or move for leave to proceed *in forma pauperis*. Order to Show Cause, Sept. 21, 2017, ECF No. 7. Plaintiff

was given twenty-one days to respond to the Order to Show Cause. *Id.* To date, Plaintiff has failed to respond to the Order to Show Cause.

Thus, because Plaintiff has failed to respond to the Court's orders or otherwise prosecute his case, it is hereby **ORDERED** that Plaintiff's Complaint be **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED**, this 24th day of October, 2017.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT